# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In re: | Bankruptcy Case Number |
| BRETT DANIEL LARSEN and<br>JANAE GOECKERITZ LARSEN, | 08-29023 RKM |
| Debtors. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**            **CHECK AMOUNT**

Chase Bank USA, N.A.                                   $2.26
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas, TX  75374

Zions First National Bank                             $2.84
Legal Services, UT ZB11 0877
PO Box 30709
Salt Lake City, UT  84130

GE Money Bank dba Discount Tire / GEMB                $3.63
Care of Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131

The addresses listed above constitute the last known addresses in question.  The check in the amount of $8.73 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _18_ day of December, 2009.

_____
Duane H. Gillman, Trustee

SLC_516161.1