## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| BRETT DANIEL LARSEN and JANAE GOECKERITZ LARSEN, Debtors. | 08-29023 RKM  [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following check was issued to the creditor listed below in the amount listed. The check was not cashed or returned and the trustee placed a stop payment on the check.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**

Utah First Federal Credit Union                               $9.34
208 East 800 South
Salt Lake City, UT 84111

The address listed above constitutes the last known address in question. The check in the amount of $9.34 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 21 day of May, 2010.

_____
Duane H. Gillman, Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT
2010 MAY 21 PM 4:2[?]
DISTRICT OF UTAH

SLC_610008.1